STUART HANLON, SBN: 66104
LAW OFFICES OF HANLON & RIEF
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
ISIDRO BASTIDAS LOPEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 11-0107 CRB |
| Plaintiff, | ) ) | **STIPULATION & [~~PROPOSED~~] ORDER** |
| v. | ) ) ) | **TO CONTINUE SENTENCING DATE** |
| ISIDRO BASTIDAS LOPEZ, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled Sentencing

hearing for April 4, 2012, before the Hon. Judge Charles R. Breyer be continued to June 6th, 2012

at 2:00 p.m.

This matter is being continued at the request of attorney Stuart Hanlon due to a conflict in

schedule that makes it impossible for him to appear before the Court on the presently set date of

April 4, 2012. Mr. Hanlon will be in a homicide trial in Alameda County. Probation has

confirmed availability for the requested date of June 6th, 2012.


Dated: March 27, 2012           s/Stuart Hanlon, CSBN: 66104
                               s/Sara Rief, CSBN: 227279
                               LAW OFFICES OF HANLON & RIEF
                               Attorneys for Defendant ISIDRO LOPEZ
                               179 11th Street, 2nd Floor
                               San Francisco, CA 94103
                               415/864-5600

Dated: March 27, 2012     s/Barbara Solano
            Assistant United States Attorney
            Office of The U.S. Attorney
            Northern District of California

Dated: March 27, 2012     s/Geoffrey Hansen
            Attorney for Defendant Ruben Arreola-Aguilloz

Dated: March 27, 2012     s/Jeffrey Bornstein
            Attorney for Defendant Bernardo Alapizco Martinez

Dated: March 27, 2012     s/Linda Ann Fullerton
            Attorney for Defendant Guadalupe Padilla

## <u>ORDER</u>

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that the Sentencing Hearing in the above-captioned matter be continued from April 4, 2012  to June 6, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: <u> April 2, 2012   </u>              
          HON. JUDGE CHARLES R. BREYER
          UNITED STATES DISTRICT COURT